**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Herbert S., | ) | |
|         Plaintiff, | ) ) ) | Case No. 21 CV 50378 |
| v. | ) ) | Hon. Iain D. Johnston |
| Kilolo Kijakazi, | ) ) ) | |
|         Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      Before the Court is Judge Jensen's Report and Recommendation that the plaintiff's motion for summary judgment be granted, the defendant's be denied, and the ALJ's decision be reversed and the case be remanded. Dkt. 24. Judge Jensen gave until 2/21/2023 for any objection, but none was filed. This Court finds Judge Jensen's Report and Recommendation [24] to be well-reasoned, finds no clear error, and therefore accepts it. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."). Accordingly, the plaintiff's motion for summary judgment is granted, the government's is denied, and this case is remanded for proceedings consistent with Judge Jensen's Report and Recommendation. Civil case terminated.

Date:   March 6, 2023

                                                            Iain D. Johnston
                                                            United States District Judge